IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRIETTE CLARK and<br>JOHN CLARK, her husband, | : | Civil Action No. 07-00523 |
| | : | Judge Lancaster/ |
| Plaintiffs, | : | Magistrate Judge Caiazza |
| v. | : | Document No. _____ |
| JOHNSON & JOHNSON and<br>ORTHO-McNEIL PHARMACEUTICAL, INC., | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

ORDER OF COURT

AND NOW this 2nd day of July, 2007, it is hereby

ORDERED that this case is dismissed pursuant to the Notice of Voluntary Dismissal filed by the Plaintiffs, Henriette Clark and John Clark.

BY THE COURT:

_____, J.

00379583.1